Case 1:24-cv-00026-JMB-PJG ECF No. 1, PageID.1 Filed 01/10/24 Page 1 of 7

FILED - KZ
January 10, 2024 11:25 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg Scanned by: MY 1/10/24

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__6th__ District of __Michigan__
__Western__ Division

1:24-cv-26
Jane M. Beckering
U.S. District Judge

Devin Douglas Leche
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

37th Circuit Court, Hon S. Lincoln.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

) Case No.
) _____
) (to be filled in by the Clerk's Office)
)
)
) Jury Trial: (check one)  [ ] Yes  [X] No
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Devin Douglas Leche
   Street Address: 185 E. Michigan Avenue
   City and County: Battle Creek, Calhoun County
   State and Zip Code: Michigan, 49014
   Telephone Number: N/A Incarcerated.
   E-mail Address: N/A Incarcerated.

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: 37th Circuit Court
- Job or Title (if known):
- Street Address: 161 E. Michigan Avenue
- City and County: Battle Creek, Calhoun County
- State and Zip Code: Michigan, 49014
- Telephone Number: (269) 969-6678
- E-mail Address (if known): Unknown.

Defendant No. 2
- Name: Sarah Lincoln
- Job or Title (if known): 37th Circuit Court Judge.
- Street Address: 161 E. Michigan Avenue
- City and County: Battle Creek, ~~Michigan~~ Calhoun County
- State and Zip Code: Michigan, 49014
- Telephone Number: (269) 969-6678
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1.) — VIOLATION OF PLAINTIFF'S 5TH AMENDMENT RIGHTS " DUE PROCESS"
2.) — VIOLATION OF PLAINTIFF'S 6TH AMENDMENT RIGHT " ASSISTANCE OF COUNSEL FOR HIS DEFENSE.
3.) — VIOLATION OF PLAINTIFF'S 9TH AMENDMENT RIGHTS " CERTAIN RIGHTS NOT TO DENY..."
4.) — VIOLATION OF PLAINTIFF'S 1ST AMENDMENT RIGHT, " TO PETITION GOV'T FOR REDRESS."

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON DECEMBER 18th, 2023 THE PLAINTIFF WAS SCHEDULED FOR A MOTION HEARING BEFORE HONORABLE SARAH LINCOLN OF THE 37th CIRCUIT COURT IN CALHOUN COUNTY, BATTLE CREEK, MICHIGAN. THE MOTION FILED WAS DONE SO BY THE PLAINTIFF'S ATTORNEY MATTHEW HAUSER (P-08376), AS WELL AS, NOTICED FOR HEARING BY HIM. UPON APPEARING FOR THE HEARING (SEE ATTACHED PAGE)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE ONLY RELIEF THE PLAINTIFF REQUESTS IS AN INJUNCTION FOR RELIEF FROM UNCONSTITUTIONAL CONDUCT AND ORDER TO ACT IN ACCORD WITH U.S. CONSTITUTION AND HEAR PLAINTIFF'S MOTION. ALSO A REQUEST FOR EVIDENTIARY HEARING SO THE PLAINTIFF CAN PROVE HIS CLAIM.

Page 4 of 5

## STATEMENT OF CLAIM.

Honorable Judge Sarah Lincoln denied to hear the plaintiff's motion and to preserve the record of truth unless the plaintiff waived his 6th Amendment right to "Have assistance of counsel for his defense." Therefore, for the plaintiff to recieve his "right to due process" (right to be heard at meaningful time and in meaningful manner) and to be allowed to petition his government for redress of grievance, he had to waive his right to representation. This demand upon the plaintiff violated his 9th Amendment rights.

    These stipulations were conveyed by the Judge to the Plaintiff's Attorney, Matthew Hauser (P-08376) whom related them to the Plaintiff. The Plaintiffs' motion was not heard and the judges conduct violated the afore stated Rights, as well as, the Michigan Code of Judicial Conduct.

    SEE ATTACHED SUPPORTING DOCUMENTS LABELED APPENDIXES A-D

DEVIN D. LECHE

*/s/ Devin D. Leche*

01/04/2024

28 U.S.C. 1746

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/04/2024

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Devin Douglas Leche

**B. For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Mr. [illegible]
185 E. Michigan Ave.
Battle Creek, MI 49014

To: 6th Federal Western Dist.
Court of Michigan
Clerk of Court.

107 Federal Building
410 West Michigan Ave.
Kalamazoo, Michigan.
49007