*APPENDIX B*

COURT COPY.

PAGE 1

| STATE OF MICHIGAN<br>37TH CIRCUIT COURT<br>JUDICIAL CIRCUIT<br>CALHOUN COUNTY | PROOF OF SERVICE FOR<br>NOTICE TO APPEAR | CASE NO.<br>2023 0000003168-FH |
|---|---|---|

CALHOUN COUNTY JUSTICE CENTER, 161 E. MICHIGAN AVE.
BATTLE CREEK, MI 49014-4015                           (269)969-6518

Date issued: THURSDAY NOVEMBER 30, 2023

| Plaintiff/Petitioner name | | Defendant/Respondent name |
|---|---|---|
| PEOPLE OF THE STATE OF MICHIGAN | v | DEVIN DOUGLAS LECHE |

**YOU ARE DIRECTED TO APPEAR AS FOLLOWS:**

1) For: MOTION HEARING - CIRCUIT
   Date: MONDAY DECEMBER 18, 2023
   Time: 10:00 AM
   Jurist: SARAH SOULES LINCOLN
   Comments: DEF'S MOTION TO QUASH COMPLAINT AND ARREST WARRANT AND TO DISMISS WITH PREJUDICE & REQUEST FOR EVIDENTIARY HRG

   Location: CALHOUN COUNTY JUSTICE CENTER
   161 E. MICHIGAN AVENUE
   BATTLE CREEK, MI  49014
   Courtroom: Courtroom #480

2) For: PRE-TRIAL HEARING
   Date: MONDAY DECEMBER 18, 2023
   Time: 10:00 AM
   Jurist: SARAH SOULES LINCOLN
   Comments: BY ZOOM

   Location: CALHOUN COUNTY JUSTICE CENTER
   161 E. MICHIGAN AVENUE
   BATTLE CREEK, MI  49014
   Courtroom: Courtroom #480

**CERTIFICATE OF MAILING**

The following parties were served by mail:

| Name | Complete address of service |
|---|---|
| MATTHEW XAVIER HAUSER | 70 MICHIGAN AVE W  STE 450<br>BATTLE CREEK, MI  49017-3638 |

The following parties were served by personal service:

| Name | Complete address of service |
|---|---|
| DAVID E. GILBERT | 161 E MICHIGAN AVE<br>BATTLE CREEK, MI  49014-4021 |

11-30-2023
Date

Clerk: *PENNY SHAW*

CC NOT          NOTICE TO APPEAR