*APPENDIX D*
*Pg. 1 oF 2*

# VANDERVOORT, CHRIST & FISHER, P.C.
## LAWYERS

JAMES A. FISHER
NELSON KARRE
JAMES E. REED★
DAVID P. LUCAS
MATTHEW X. HAUSER
ASHLEY A. SMITH

RETIRED:
ROBERT D. MCFEE
ROBERT J. SHARKEY

★ ALSO ADMITTED IN WA

BATTLE CREEK OFFICE:
THE BATTLE CREEK TOWER, SUITE 450
70 MICHIGAN AVENUE WEST
BATTLE CREEK, MICHIGAN 49017

COLDWATER OFFICE:
COLDWATER EXECUTIVE SUITES, SUITE 2B
28 WEST CHICAGO STREET
COLDWATER, MICHIGAN 49036-1678

BATTLE CREEK OFFICE:
VOICE: (269) 965-7000
FAX: (269) 965-0646

COLDWATER OFFICE:
VOICE: (517) 278-0500
FAX: (517) 278-0501

MILLARD VANDERVOORT (1906-1981)
CHRIS T CHRIST (1929-2020)

December 1, 2023

WRITER'S E-MAIL ADDRESS:
mhauser@vcflaw.com
REPLY TO BATTLE CREEK OFFICE

Devin Leche
C/O Calhoun County Jail
185 E. Michigan Ave.
Battle Creek, MI 49014

In Re: Case No. 23-3168-FH

Dear Mr. Leche,

I hope all has been going well since last we spoke. I submitted your motion to the Circuit Court Clerk for a hearing date, a copy of that Notice of hearing is attached. At the hearing on December 18th you can make a request regarding the Subpoenas you sent me at that time as well.

My office has also submitted a Subpoena to Oaklawn requesting documents and videos. Please let us know if you have any questions and we'll see you on December 18th.

Sincerely,

Matthew X. Hauser, JD, MBA

# VANDERVOORT, CHRIST & FISHER, P.C.
## LAWYERS

JAMES A. FISHER
NELSON KARRE
JAMES E. REED★
· DAVID P. LUCAS
MATTHEW X. HAUSER
ASHLEY A. SMITH

RETIRED:
ROBERT D. MCFEE
ROBERT J. SHARKEY

★ ALSO ADMITTED IN WA

**BATTLE CREEK OFFICE:**
THE BATTLE CREEK TOWER, SUITE 450
70 MICHIGAN AVENUE WEST
BATTLE CREEK, MICHIGAN 49017

**COLDWATER OFFICE:**
COLDWATER EXECUTIVE SUITES, SUITE 2B
28 WEST CHICAGO STREET
COLDWATER, MICHIGAN 49036-1678

**BATTLE CREEK OFFICE:**
VOICE: (269) 965-7000
FAX: (269) 965-0646

**COLDWATER OFFICE:**
VOICE: (517) 278-0500
FAX: (517) 278-0501

MILLARD VANDERVOORT (1906-1981)
CHRIS T CHRIST (1929-2020)

November 30, 2023

WRITER'S E-MAIL ADDRESS:
adunsmore@vcflaw.com
REPLY TO BATTLE CREEK OFFICE

Devin Leche
c/o Calhoun County Jail
185 E. Michigan Avenue
Battle Creek, MI 49014

Re: State of Michigan v. Devin Leche
Case No. 2023-3168-FH

Dear Devin:

Please find the enclosed Notice of Hearing above as they pertain to your case. Be assured we have scanned a copy for your file.

If you have any questions, please call our office. Thank you.

Vandervoort, Christ & Fisher, P.C.

Amanda Dunsmore
Legal Assistant

enclosure