UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVIN DOUGLAS LECHE,

    Plaintiff,

v.

37TH CIRCUIT COURT, et al.,

    Defendants.

_____/

Case No. 1:24-cv-26

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED for failure to state a claim on which relief may be granted and because the circumstances do not warrant interference by this Court in Plaintiff's on-going state court criminal matter.

Dated: April 5, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge